## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Berkley Risk Administrators Company, LLC, Rasmussen Agency, Inc., (d/b/a Berkley Risk Managers), All American Agency Facilities, Inc., and Federal Insurance Company, as assignee and subrogor,<br><br>       Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, National Association,<br><br>       Defendant. | Case File No. 06-2804 (PAM/JSM)<br><br>**ORDER FOR DISMISSAL** |

BASED UPON the Stipulation of the parties, the above-captioned matter is hereby DISMISSED WITH PREJUDICE AND UPON THE MERITS and without further attorneys' fees and costs to any party.

IT IS SO ORDERED.


Date:  May  27 , 2008

       s/Paul A. Magnuson
      THE HONORABLE PAUL A. MAGNUSON
      UNITED STATES DISTRICT JUDGE